1  Neil Ison, State Bar Number 112861
   21285 Saratoga Hills Road
2  Saratoga, CA 95070
   T:     408-828-2490
3  F:     408-867-1300
   quantumdeco@yahoo.com
4
   Attorney for Flora Ng
5

FILED
2008 APR 18 P 2: 14
RICHARD W. WIEKING
CLERK
U.S. DISTRICT COURT
NO. DIST. OF CA S.J.

C 08 02032 PVT

E-FILING

ADR

Fee Paid
NP

# UNITED STATES DISTRICT COURT
# NORTHER DISTRICT OF CALIFORNIA

| Yosemite Management Group, LLC, | Case Number |
|---|---|
| Plaintiff, | Notice of Removal |
| v. | |
| Flora Ng, et al. | Santa Cruz County Superior Court Number CV 159839 |
| Defendants. | |

## NOTICE OF REMOVAL OF STATE COURT ACTION

[Removed from Santa Cruz Superior Court, California, Action No. CV 159839]

To:   Judges of the United States District Court for the Northern District of California
      All Defendants in the above referenced Santa Cruz County Action
      The Clerk of the State Court, The Clerk of the United States District Court

1.    On March 26, 2008, Santa Cruz Superior Court Action Number CV 159839 was commenced by plaintiff Yosemite Management Group, LLC, against Flora Ng, et al.

2.    On March 27, 2008, Flora Ng filed an answer.

3.    Attached to this notice and incorporated herein is the removal notice filed with the United States Bankruptcy Court for the Northern District of California.

Wherefore, defendant prays that the above action now pending in the California Superior Court for the County of Santa Cruz be removed therefrom to this court.

Dated: April 11, 2008

Neil Ison, Attorney for Applicant
21285 Saratoga Hills Road
Saratoga, CA 95070
408-828-2490

1  I, Flora Ng, declare under penalty of perjury that the foregoing us true and correct
2  according to the best of my knowledge, information, and belief, and that this declaration
3  was executed on April 11, 2008, at Saratoga, CA.
4
5  _____
6  Flora Ng
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

Neil Ison, State Bar Number 112881
21285 Saratoga Hills Road
Saratoga, CA 95070
T:   408-828-2490
F:   408-867-1300
quantumdeco@yahoo.com

Attorney for Flora Ng

## UNITED STATES BANKRUPTCY COURT

## NORTHER DISTRICT OF CALIFORNIA

| | |
|---|---|
| In re Armando Saldana, | Case Number 08-50672 |
| Debtor, | Chapter 13 |
| Yosemite Management Group, LLC, | A/P No. _____ |
| Plaintiff, | |
| v. | Judge Honorable Roger L. Efremsky |
| Flora Ng, et al. | Notice of Removal |
| Defendants. | Santa Cruz County Superior Court Number CV 159839 |

### NOTICE OF REMOVAL OF STATE COURT ACTION

[Removed from Santa Cruz Superior Court, California, Action No. CV 159839]

To:  Honorable Roger L. Efremsky, United States Bankruptcy Court Judge
All Defendants in the above referenced Santa Cruz County Action
The Clerk of the State Court
The Clerk of the United States District Court
The Clerk of the Bankruptcy Court

Pursuant to Title 28, United States Code, Section 1452(a), and Federal Rules of Bankruptcy Procedure, Rule 9027, moving party in this matter and defendant in the underlying action Flora Ng makes application for removal of the entire action brought by plaintiff Yosemite Management Group, LLC, in Civil Action entitled Yosemite Management Group, LLC, v. Flora Ng, Action Number CV 159839, now pending in the Superior Court for the State of California and for the County of Santa Cruz (Civil Action). This removal is based upon the following facts:

1. Moving party Flora Ng is a defendant in the Civil Action.

2. The United States District Court in this district has jurisdiction over the Civil Action under Title 28, United States Code, Sections 157(a) and 1334(b). Jurisdiction exists under Title 28, United States Code, Section 1334(b) because the Civil Action is related to a bankruptcy case pending in this district as In re Armando Saldana, Case Number 08-50672.

3. The Civil Action is related to the bankruptcy case because of the following:

   A. A property known as 1285 Hecker Pass Road, Watsonville, CA, was foreclosed upon by defendants in the Related Civil Action of Flora Ng v. Sterling Pacific Lending, Inc., Santa Cruz County Superior Court Action Number 159630 (Related Civil Action).

   B. The property was purchased at the foreclosure sale by Yosemite Management Group, LLC, plaintiff in the Civil Action and defendant in the Related Civil Action.

   C. All defendants in the Related Civil Action, including Yosemite Management Group, LLC, were provided notice of the bankruptcy filing, orally and in writing via facsimile, before the foreclosure sale.

   D. All defendants in the Related Civil Action proceeded with the foreclosure sale in willful violation of the automatic stay.

   E. Following the foreclosure sale, all defendants in the Related Civil Action refused to set aside the foreclosure sale, in further willful violation of the automatic stay.

   F. Following the foreclosure sale, Yosemite Management Group, LLC, defendant in the Related Civil Action and plaintiff in the Civil Action has taken further actions to seize the property through the filing of an Unlawful Detainer, the Civil Action, which interferes with debtor Armando Saldana's interest in the property.

   G. Debtor Armando Saldana has and had an interest in the property, which makes it property of the estate, and that interest in the property is necessary to the successful completion of debtor Armando Saldana's Chapter 13 Plan.

1  H.  Armando Saldana and moving party Flora Ng have and had interests in the property and those interests are and were abrogated by the violation of the automatic stay.

I.  Unless this court sets aside the foreclosure sale and stays the Unlawful Detainer, debtor Armando Saldana will lose his interest in the property, prejudicing Armando Saldana and the other creditors of the estate.

J.  Unless this court renders a decision regarding the willful violation of the automatic stay by Yosemite Management Group, LLC, there is a possibility that state court and federal court decisions will be inconsistent, although the decision will be based upon the same operative facts and law.

4.  On removal of the Civil Action, and on information and belief, the proceeding will be a core proceeding within the meaning of Title 28, United States Code, Sections 157 (b)(1) and (b)(2), or a non-core proceeding if not a core proceeding within the meaning of Title 28, United States Code, Section 157(b)(1), and notwithstanding that the proceeding may constitute a non-core proceeding on removal, moving party Flora Ng consents to entry of all final orders or judgments by the Bankruptcy Court as permitted by Title 28, United States Code, Section 157(c)(2).

5.  True and correct copies of all process and pleadings filed and served in the Civil Action are attached to this notice.

Dated: April 11, 2008

*[signature]*
Neil Ison, Attorney for Applicant
21285 Saratoga Hills Road
Saratoga, CA 95070
408-828-2490

I, Flora Ng, declare under penalty of perjury that the foregoing us true and correct according to the best of my knowledge, information, and belief, and that this declaration was executed on April 11, 2008, at Saratoga, CA.

*[signature]*
Flora Ng

3

JS 44 (Rev. 12/07) (cand rev 1-08)

# CIVIL COVER SHEET

The JS 44 civil cover sheet and the information contained herein neither replace nor supplement the filing and service of pleadings or other papers as required by law, except as provided by local rules of court. This form, approved by the Judicial Conference of the United States in September 1974, is required for the use of the Clerk of Court for the purpose of initiating the civil docket sheet. (SEE INSTRUCTIONS ON PAGE TWO OF THE FORM.)

## I. (a) PLAINTIFFS
YOSEMITE MANAGEMENT GROUP LLC

### DEFENDANTS
FLORA NG, NEIL ISON, ET AL.

**(b)** County of Residence of First Listed Plaintiff (EXCEPT IN U.S. PLAINTIFF CASES)
SANTA CRUZ

County of Residence of First Listed Defendant
SANTA CLARA

*C 08 02032 PVT*
*ADR*
*E-FILING*

**(c)** Attorney's (Firm Name, Address, and Telephone Number)
POWELL & POOL
ATTN: JESSICA GIANNETTA
7522 N. COLONIAL AVE. #100
FRESNO, CA 93711

Attorneys (If Known)
NEIL ISON
21285 SARATOGA HILLS RD.
SARATOGA, CA 95070

## II. BASIS OF JURISDICTION (Place an "X" in One Box Only)

- [ ] 1 U.S. Government Plaintiff
- [x] 3 Federal Question (U.S. Government Not a Party)
- [ ] 2 U.S. Government Defendant
- [ ] 4 Diversity (Indicate Citizenship of Parties in Item III)

## III. CITIZENSHIP OF PRINCIPAL PARTIES (Place an "X" in One Box for Plaintiff and One Box for Defendant) (For Diversity Cases Only)

| | PTF | DEF | | PTF | DEF |
|---|---|---|---|---|---|
| Citizen of This State | ☐ 1 | ☒ 1 | Incorporated or Principal Place of Business In This State | ☒ 4 | ☐ 4 |
| Citizen of Another State | ☐ 2 | ☐ 2 | Incorporated and Principal Place of Business In Another State | ☐ 5 | ☐ 5 |
| Citizen or Subject of a Foreign Country | ☐ 3 | ☐ 3 | Foreign Nation | ☐ 6 | ☐ 6 |

## IV. NATURE OF SUIT (Place an "X" in One Box Only)

**CONTRACT**
- 110 Insurance
- 120 Marine
- 130 Miller Act
- 140 Negotiable Instrument
- 150 Recovery of Overpayment & Enforcement of Judgment
- 151 Medicare Act
- 152 Recovery of Defaulted Student Loans (Excl. Veterans)
- 153 Recovery of Overpayment of Veteran's Benefits
- 160 Stockholders' Suits
- 190 Other Contract
- 195 Contract Product Liability
- 196 Franchise

**REAL PROPERTY**
- [x] 210 Land Condemnation
- [x] 220 Foreclosure
- [x] 230 Rent Lease & Ejectment
- 240 Torts to Land
- 245 Tort Product Liability
- 290 All Other Real Property

**TORTS - PERSONAL INJURY**
- 310 Airplane
- 315 Airplane Product Liability
- 320 Assault, Libel & Slander
- 330 Federal Employers' Liability
- 340 Marine
- 345 Marine Product Liability
- 350 Motor Vehicle
- 355 Motor Vehicle Product Liability
- 360 Other Personal Injury

**CIVIL RIGHTS**
- 441 Voting
- 442 Employment
- 443 Housing/Accommodations
- 444 Welfare
- 445 Amer. w/Disabilities - Employment
- 446 Amer. w/Disabilities - Other
- 440 Other Civil Rights

**TORTS - PERSONAL INJURY**
- 362 Personal Injury — Med. Malpractice
- 365 Personal Injury — Product Liability
- 368 Asbestos Personal Injury Product Liability

**PERSONAL PROPERTY**
- 370 Other Fraud
- 371 Truth in Lending
- 380 Other Personal Property Damage
- 385 Property Damage Product Liability

**PRISONER PETITIONS**
- 510 Motions to Vacate Sentence
- Habeas Corpus:
- 530 General
- 535 Death Penalty
- 540 Mandamus & Other
- 550 Civil Rights
- 555 Prison Condition

**FORFEITURE/PENALTY**
- 610 Agriculture
- 620 Other Food & Drug
- 625 Drug Related Seizure of Property 21 USC 881
- 630 Liquor Laws
- 640 R.R. & Truck
- 650 Airline Regs.
- 660 Occupational Safety/Health
- 690 Other

**LABOR**
- 710 Fair Labor Standards Act
- 720 Labor/Mgmt. Relations
- 730 Labor/Mgmt.Reporting & Disclosure Act
- 740 Railway Labor Act
- 790 Other Labor Litigation
- 791 Empl. Ret. Inc. Security Act

**IMMIGRATION**
- 462 Naturalization Application
- 463 Habeas Corpus – Alien Detainee
- 465 Other Immigration Actions

**BANKRUPTCY**
- 422 Appeal 28 USC 158
- 423 Withdrawal 28 USC 157

**PROPERTY RIGHTS**
- 820 Copyrights
- 830 Patent
- 840 Trademark

**SOCIAL SECURITY**
- 861 HIA (1395ff)
- 862 Black Lung (923)
- 863 DIWC/DIWW (405(g))
- 864 SSID Title XVI
- 865 RSI (405(g))

**FEDERAL TAX SUITS**
- 870 Taxes (U.S. Plaintiff or Defendant)
- 871 IRS—Third Party 26 USC 7609

**OTHER STATUTES**
- 400 State Reapportionment
- 410 Antitrust
- 430 Banks and Banking
- 450 Commerce
- 460 Deportation
- 470 Racketeer Influenced and Corrupt Organizations
- 480 Consumer Credit
- 490 Cable/Sat TV
- 810 Selective Service
- 850 Securities/Commodities/Exchange
- 875 Customer Challenge 12 USC 3410
- 890 Other Statutory Actions
- 891 Agricultural Acts
- 892 Economic Stabilization Act
- 893 Environmental Matters
- 894 Energy Allocation Act
- 895 Freedom of Information Act
- 900Appeal of Fee Determination Under Equal Access to Justice
- 950 Constitutionality of State Statutes

## V. ORIGIN (Place an "X" in One Box Only)
- [ ] 1 Original Proceeding
- [x] 2 Removed from State Court
- [ ] 3 Remanded from Appellate Court
- [ ] 4 Reinstated or Reopened
- [ ] 5 Transferred from another district (specify)
- [ ] 6 Multidistrict Litigation
- [ ] 7 Appeal to District Judge from Magistrate Judgment

## VI. CAUSE OF ACTION
Cite the U.S. Civil Statute under which you are filing (Do not cite jurisdictional statutes unless diversity):
11 USC 362
Brief description of cause: UNLAWFUL FORECLOSURE IN VIOLATION OF AUTOMATIC STAY, CAUSING UNLAWFUL DETAINER ACTION

## VII. REQUESTED IN COMPLAINT:
- [ ] CHECK IF THIS IS A CLASS ACTION UNDER F.R.C.P. 23
- DEMAND $ POSSESSION
- CHECK YES only if demanded in complaint:
- JURY DEMAND: ☐ Yes ☒ No

## VIII. RELATED CASE(S) IF ANY
PLEASE REFER TO CIVIL L.R. 3-12 CONCERNING REQUIREMENT TO FILE "NOTICE OF RELATED CASE". C 08-01782 JW

## IX. DIVISIONAL ASSIGNMENT (CIVIL L.R. 3-2) (PLACE AND "X" IN ONE BOX ONLY)
- [ ] SAN FRANCISCO/OAKLAND
- [x] SAN JOSE

DATE 4-18-08
SIGNATURE OF ATTORNEY OF RECORD

JS 44 Reverse (Rev. 12/07)

# INSTRUCTIONS FOR ATTORNEYS COMPLETING CIVIL COVER SHEET FORM JS 44

## Authority For Civil Cover Sheet

The JS 44 civil cover sheet and the information contained herein neither replaces nor supplements the filings and service of pleading or other papers as required by law, except as provided by local rules of court. This form, approved by the Judicial Conference of the United States in September 1974, is required for the use of the Clerk of Court for the purpose of initiating the civil docket sheet. Consequently, a civil cover sheet is submitted to the Clerk of Court for each civil complaint filed. The attorney filing a case should complete the form as follows:

I.  (a) Plaintiffs-Defendants. Enter names (last, first, middle initial) of plaintiff and defendant. If the plaintiff or defendant is a government agency, use only the full name or standard abbreviations. If the plaintiff or defendant is an official within a government agency, identify first the agency and then the official, giving both name and title.

  (b) County of Residence. For each civil case filed, except U.S. plaintiff cases, enter the name of the county where the first listed plaintiff resides at the time of filing. In U.S. plaintiff cases, enter the name of the county in which the first listed defendant resides at the time of filing. (NOTE: In land condemnation cases, the county of residence of the "defendant" is the location of the tract of land involved.)

  (c) Attorneys. Enter the firm name, address, telephone number, and attorney of record. If there are several attorneys, list them on an attachment, noting in this section "(see attachment)".

II.  Jurisdiction. The basis of jurisdiction is set forth under Rule 8(a), F.R.C.P., which requires that jurisdictions be shown in pleadings. Place an "X" in one of the boxes. If there is more than one basis of jurisdiction, precedence is given in the order shown below.
United States plaintiff. (1) Jurisdiction based on 28 U.S.C. 1345 and 1348. Suits by agencies and officers of the United States are included here.
United States defendant. (2) When the plaintiff is suing the United States, its officers or agencies, place an "X" in this box.
Federal question. (3) This refers to suits under 28 U.S.C. 1331, where jurisdiction arises under the Constitution of the United States, an amendment to the Constitution, an act of Congress or a treaty of the United States. In cases where the U.S. is a party, the U.S. plaintiff or defendant code takes precedence, and box 1 or 2 should be marked.
Diversity of citizenship. (4) This refers to suits under 28 U.S.C. 1332, where parties are citizens of different states. When Box 4 is checked, the citizenship of the different parties must be checked. (See Section III below; federal question actions take precedence over diversity cases.)

III.  Residence (citizenship) of Principal Parties. This section of the JS 44 is to be completed if diversity of citizenship was indicated above. Mark this section for each principal party.

IV.  Nature of Suit. Place an "X" in the appropriate box. If the nature of suit cannot be determined, be sure the cause of action, in Section VI below, is sufficient to enable the deputy clerk or the statistical clerks in the Administrative Office to determine the nature of suit. If the cause fits more than one nature of suit, select the most definitive.

V.  Origin. Place an "X" in one of the seven boxes.
Original Proceedings. (1) Cases which originate in the United States district courts.
Removed from State Court. (2) Proceedings initiated in state courts may be removed to the district courts under Title 28 U.S.C., Section 1441. When the petition for removal is granted, check this box.
Remanded from Appellate Court. (3) Check this box for cases remanded to the district court for further action. Use the date of remand as the filing date.
Reinstated or Reopened. (4) Check this box for cases reinstated or reopened in the district court. Use the reopening date as the filing date.
Transferred from Another District. (5) For cases transferred under Title 28 U.S.C. Section 1404(a). Do not use this for within district transfers or multidistrict litigation transfers.
Multidistrict Litigation. (6) Check this box when a multidistrict case is transferred into the district under authority of Title 28 U.S.C. Section 1407. When this box is checked, do not check (5) above.
Appeal to District Judge from Magistrate Judgment. (7) Check this box for an appeal from a magistrate judge's decision.

VI.  Cause of Action. Report the civil statute directly related to the cause of action and give a brief description of the cause. Do not cite jurisdictional statutes unless diversity.    Example:    U.S. Civil Statute: 47 USC 553
                                    Brief Description: Unauthorized reception of cable service

VII.  Requested in Complaint. Class Action. Place an "X" in this box if you are filing a class action under Rule 23, F.R.Cv.P.
Demand. In this space enter the dollar amount (in thousands of dollars) being demanded or indicate other demand such as a preliminary injunction.
Jury Demand. Check the appropriate box to indicate whether or not a jury is being demanded.

VIII.  Related Cases. This section of the JS 44 is used to reference related pending cases if any. If there are related pending cases, insert the docket numbers and the corresponding judge names for such cases.

Date and Attorney Signature. Date and sign the civil cover sheet.