1    Neil Ison, State Bar Number 11286    **ADR**        **FILED**
      21285 Saratoga Hills Road
2    Saratoga, CA 95070                              2008 APR 18 P 2: 14
      T:    408-828-2490
3    F:    408-867-1300                              RICHARD W. WIEKING
      quantumdeco@yahoo.com        **E-FILING C 08**    U.S. CLERK
4                                                      NO. DIST. OF CA. S.J.
      Attorney for Flora Ng                                    **02032**

      *Fee Paid*
      *NP*
      ②
      **PVT**

5

6                    **UNITED STATES DISTRICT COURT**

7                    **NORTHER DISTRICT OF CALIFORNIA**

8

9    | Yosemite Management Group, LLC, | Case Number |
      |---|---|
10   | Plaintiff, v. | Notice of Removal |
11   | Flora Ng, et al. | Santa Cruz County Superior Court Number CV 159839 |
12   | Defendants. | |

13

14              NOTICE OF REMOVAL OF STATE COURT ACTION

15       [Removed from Santa Cruz Superior Court, California, Action No. CV 159839]

16   To:   Judges of the United States District Court for the Northern District of California
            All Defendants in the above referenced Santa Cruz County Action
17          The Clerk of the State Court, The Clerk of the United States District Court

18   1.    On March 26, 2008, Santa Cruz Superior Court Action Number CV 159839 was

19   commenced by plaintiff Yosemite Management Group, LLC, against Flora Ng, et al.

20   2.    On March 27, 2008, Flora Ng filed an answer.

21   3.    Attached to this notice and incorporated herein is the removal notice filed with the

22   United States Bankruptcy Court for the Northern District of California.

23   Wherefore, defendant prays that the above action now pending in the California Superior

24   Court for the County of Santa Cruz be removed therefrom to this court.

      Dated: April 11, 2008
25
                                          Neil Ison, Attorney for Applicant
26                                        21285 Saratoga Hills Road
                                          Saratoga, CA 95070
27                                        408-828-2490

28

                                          1

1

2   I, Flora Ng, declare under penalty of perjury that the foregoing us true and correct

3   according to the best of my knowledge, information, and belief, and that this declaration

4   was executed on April 11, 2008, at Saratoga, CA.

5

6                                              Flora Ng

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

1   Neil Ison, State Bar Number 112881
    21285 Saratoga Hills Road
2   Saratoga, CA 95070
    T:     408-828-2490
3   F:     408-867-1300
    quantumdeco@yahoo.com
4
    Attorney for Flora Ng
5

6              **UNITED STATES BANKRUPTCY COURT**

7              **NORTHER DISTRICT OF CALIFORNIA**

8

| | |
|---|---|
| In re Armando Saldana, | Case Number 08-50672 |
|   Debtor, | Chapter 13 |
| Yosemite Management Group, LLC, | A/P No. _____ |
|   Plaintiff, | Judge Honorable Roger L. Efremsky |
| v. | Notice of Removal |
| Flora Ng, et al. | |
|   Defendants. | Santa Cruz County Superior Court Number CV 159839 |

15

16          NOTICE OF REMOVAL OF STATE COURT ACTION

17      [Removed from Santa Cruz Superior Court, California, Action No. CV 159839]

18   To:    Honorable Roger L. Efremsky, United States Bankruptcy Court Judge
            All Defendants in the above referenced Santa Cruz County Action
            The Clerk of the State Court
19          The Clerk of the United States District Court
            The Clerk of the Bankruptcy Court
20

21          Pursuant to Title 28, United States Code, Section 1452(a), and Federal Rules of

22   Bankruptcy Procedure, Rule 9027, moving party in this matter and defendant in the

23   underlying action Flora Ng makes application for removal of the entire action brought by

24   plaintiff Yosemite Management Group, LLC, in Civil Action entitled Yosemite

25   Management Group, LLC, v. Flora Ng, Action Number CV 159839, now pending in the

26   Superior Court for the State of California and for the County of Santa Cruz (Civil

27   Action). This removal is based upon the following facts:

28

1

1    1.    Moving party Flora Ng is a defendant in the Civil Action.

2    2.    The United States District Court in this district has jurisdiction over the Civil

3    Action under Title 28, United States Code, Sections 157(a) and 1334(b).  Jurisdiction

4    exists under Title 28, United States Code, Section 1334(b) because the Civil Action is

5    related to a bankruptcy case pending in this district as In re Armando Saldana, Case

6    Number 08-50672.

7    3.    The Civil Action is related to the bankruptcy case because of the following:

8        A.    A property known as 1285 Hecker Pass Road, Watsonville, CA, was

9    foreclosed upon by defendants in the Related Civil Action of Flora Ng v. Sterling Pacific

10    Lending, Inc., Santa Cruz County Superior Court Action Number 159630 (Related Civil

11    Action).

12        B.    The property was purchased at the foreclosure sale by Yosemite

13    Management Group, LLC, plaintiff in the Civil Action and defendant in the Related Civil

14    Action.

15        C.    All defendants in the Related Civil Action, including Yosemite

16    Management Group, LLC, were provided notice of the bankruptcy filing, orally and in

17    writing via facsimile, before the foreclosure sale.

18        D.    All defendants in the Related Civil Action proceeded with the foreclosure

19    sale in willful violation of the automatic stay.

20        E.    Following the foreclosure sale, all defendants in the Related Civil Action

21    refused to set aside the foreclosure sale, in further willful violation of the automatic stay.

22        F.    Following the foreclosure sale, Yosemite Management Group, LLC,

23    defendant in the Related Civil Action and plaintiff in the Civil Action has taken further

24    actions to seize the property through the filing of an Unlawful Detainer, the Civil Action,

25    which interferes with debtor Armando Saldana's interest in the property.

26        G.    Debtor Armando Saldana has and had an interest in the property, which

27    makes it property of the estate, and that interest in the property is necessary to the

28    successful completion of debtor Armando Saldana's Chapter 13 Plan.

2

1     H.    Armando Saldana and moving party Flora Ng have and had interests in the

2  property and those interests are and were abrogated by the violation of the automatic stay.

3     I.    Unless this court sets aside the foreclosure sale and stays the Unlawful

4  Detainer, debtor Armando Saldana will lose his interest in the property, prejudicing

5  Armando Saldana and the other creditors of the estate.

6     J.    Unless this court renders a decision regarding the willful violation of the

7  automatic stay by Yosemite Management Group, LLC, there is a possibility that state

8  court and federal court decisions will be inconsistent, although the decision will be based

9  upon the same operative facts and law.

10  4.    On removal of the Civil Action, and on information and belief, the proceeding

11  will be a core proceeding within the meaning of Title 28, United States Code, Sections

12  157 (b)(1) and (b)(2), or a non-core proceeding if not a core proceeding within the

13  meaning of Title 28, United States Code, Section 157(b)(1), and notwithstanding that the

14  proceeding may constitute a non-core proceeding on removal, moving party Flora Ng

15  consents to entry of all final orders or judgments by the Bankruptcy Court as permitted

16  by Title 28, United States Code, Section 157(c)(2).

17  5.    True and correct copies of all process and pleadings filed and served in the Civil

18  Action are attached to this notice.

19  Dated: April 11, 2008

20                              Neil Ison, Attorney for Applicant

21                              21285 Saratoga Hills Road
Saratoga, CA 95070

22                              408-828-2490

23  I, Flora Ng, declare under penalty of perjury that the foregoing us true and correct

24  according to the best of my knowledge, information, and belief, and that this declaration

25  was executed on April 11, 2008, at Saratoga, CA.

26

27                        Flora Ng

28

3

1    Neil Ison, State Bar Number 112881
     21285 Saratoga Hills Road
2    Saratoga, CA 95070
     T:    408-828-2490
3    F:    408-867-1300
     quantumdeco@yahoo.com
4
     Attorney for Flora Ng
5

**ADR**

**E-FILING**

**FILED**

2008 APR 18 P 2: 14

RICHARD W. WIEKING
CLERK
U.S. DISTRICT COURT
NO. DIST. OF CA. S.J.

6              UNITED STATES DISTRICT COURT

7              NORTHER DISTRICT OF CALIFORNIA

8

| Yosemite Management Group, LLC, | Case Number |
|---|---|
| 9    Plaintiff, | **C 08 — 02032** PVT |
| 10  v. | |
| 11  Flora Ng, et al. | Pleadings and Process Accompanying Notice of Removal |
| 12    Defendants. | |
| 13 | Santa Cruz County Superior Court Number CV 159839 |

14

15          The attached pleadings and process are submitted by moving party Flora Ng and

16   accompanying Flora Ng's Notice of Removal of State Court Action pursuant to 28 USC

17   Section 1452 and Rule 9027 of the Federal Rules of Bankruptcy Procedure.  The attached

18   pleadings and process are to be filed contemporaneously with the filing of the Notice of

19   Removal and relate to the Civil Action previously pending in the Santa Cruz County

20   Superior Court as Case Number CV 159839 and removed to the Bankruptcy Court.

     Dated:  April 11, 2008
21

22

23                              Neil Ison, Attorney for Applicant
                                21285 Saratoga Hills Road
24                              Saratoga, CA 95070
                                408-828-2490
25

26

27

28

                                   1

**(CITACIÓN JUDICIAL)**
**UNLAWFUL DETAINER—EVICTION**
**(RETENCIÓN ILÍCITA DE UN INMUEBLE—DESALOJO)**

**NOTICE TO DEFENDANT:**
*(AVISO AL DEMANDADO):*
FLORA NG, an individual residing in California; NEIL ISON, an individual
residing in California; and DOES 1 through 20, inclusive

**YOU ARE BEING SUED BY PLAINTIFF:**
*(LO ESTÁ DEMANDANDO EL DEMANDANTE):*
YOSEMITE MANAGEMENT GROUP, LLC, a California limited liability
company



FOR COURT USE ONLY
*(SOLO PARA USO DE LA CORTE)*

# FILED

MAR 2 6 2008

ALEX CALVO, CLERK
BY MICHELLE IRIS
DEPUTY, SANTA CRUZ COUNTY

---

You have **5 CALENDAR DAYS** after this summons and legal papers are served on you to file a written response at this court and have a copy served on the plaintiff. (To calculate the five days, count Saturday and Sunday, but do not count other court holidays. If the last day falls on a Saturday, Sunday, or a court holiday then you have the next court day to file a written response.) A letter or phone call will not protect you. Your written response must be in proper legal form if you want the court to hear your case. There may be a court form that you can use for your response. You can find these court forms and more information at the California Courts Online Self-Help Center (www.courtinfo.ca.gov/selfhelp), your county law library, or the courthouse nearest you. If you cannot pay the filing fee, ask the court clerk for a fee waiver form. If you do not file your response on time, you may lose the case by default, and your wages, money, and property may be taken without further warning from the court.

There are other legal requirements. You may want to call an attorney right away. If you do not know an attorney, you may want to call an attorney referral service. If you cannot afford an attorney, you may be eligible for free legal services from a nonprofit legal services program. You can locate these nonprofit groups at the California Legal Services Web site (www.lawhelpcalifornia.org), the California Courts Online Self-Help Center (www.courtinfo.ca.gov/selfhelp), or by contacting your local court or county bar association.

*Tiene 5 DÍAS DE CALENDARIO despúes de que le entreguen esta citación y papeles legales Para presentar una respuesta por escrito en esta corte y hacer que se entregue una copia al demandante. (Para calcular los cinco días, cuente los sábados y los domingos pero no los otros días feriados de la corte. Si el último día cae en sábado o domingo, o en un día en que la corte esté cerrada, tiene hasta el próximo día de corte Para presentar una respuesta por escrito). Una carta o una llamada telefónica no lo protegen. Su respuesta por escrito tiene que estar en formato legal correcto si desea que procesen su caso en la corte. Es posible que haya un formulario que usted pueda usar para su respuesta. Puede encontrar estos formularios de la corte y más información en el Centro de Ayuda de las Cortes de California (www.courtinfo.ca.gov/selfhelp/espanol/), en la biblioteca de leyes de su condado o en la corte que le quede más cerca. Si no puede pagar la cuota de presentación, pida al secretario de la corte que le dé un formulario de exención de pago de cuotas. Si no presenta su respuesta a tiempo, puede perder el caso por incumplimiento y la corte le podrá quitar su sueldo, dinero y bienes sin más advertencia.*

*Hay otros requisitos legales. Es recomendable que llame a un abogado inmediatamente. Si no conoce a un abogado, puede llamar a un servicio de remisión a abogados. Si no puede pagar a un abogado, es posible que cumpla con los requisitos para obtener servicios legales gratuitos de un programa de servicios legales sin fines de lucro. Puede encontrar estos grupos sin fines de lucro en el sitio web de California Legal Services, (www.lawhelpcalifornia.org), en el Centro de Ayuda de las Cortes de California, (www.courtinfo.ca.gov/selfhelp/espanol/) o poniéndose en contacto con la corte o el colegio de abogados locales.*

---

1. The name and address of the court is:     CASE NUMBER:
   *(El nombre y dirección de la corte es):*     *(Número del caso):*
   Superior Court of California, County of Santa Cruz     **CV 159839**
   701 Ocean Street
   Santa Cruz, CA 95060

2. The name, address, and telephone number of plaintiff's attorney, or plaintiff without an attorney, is:
   *(El nombre, la dirección y el número de teléfono del abogado del demandante, o del demandante que no tiene abogado, es):*
   Jessica L. Giannetta, Esq. (234220)
   THE LAW FIRM OF POWELL & POOL, 7522 N. Colonial Ave., Ste. 100, Fresno, CA 93711; (559) 228-8034

3. *(Must be answered in all cases)* An unlawful detainer assistant (Bus. & Prof. Code, §§6400-6415)   ☒ did not   ☐ did
   for compensation give advice or assistance with this form. *(If plaintiff has received any help or advice for pay from an unlawful detainer assistant, complete item 6 on the next page.)*   ALEX CALVO

   Date:                                          Clerk, by _____, Deputy
   *(Fecha)* **3·26·08**         **MICHELLE IRIS**    *(Secretario)*        *(Adjunto)*

*(For proof of service of this summons, use Proof of Service of Summons (form POS-010).)*
*(Para prueba de entrega de esta citación use el formulario Proof of Service of Summons, (POS-010)).*

4. **NOTICE TO THE PERSON SERVED:** You are served

[SEAL]

   a. ☐  as an individual defendant
   b. ☐  as the person sued under the fictitious name of *(specify):*
   c. ☐  as an occupant
   d. ☐  on behalf of *(specify):*
      under: ☐ CCP 416.10 (corporation)        ☐ CCP 416.60 (minor)
             ☐ CCP 416.20 (defunct corporation)   ☐ CCP 416.70 (conservatee)
             ☐ CCP 416.40 (association or partnership)  ☐ CCP 416.90 (authorized person)
             ☐ CCP 415.46 (occupant)          ☐ other *(specify):*
5. ☐  by personal delivery on *(date):*

Page 1 of 2

Form Adopted for Mandatory Use Judicial Council of California
SUM-130 [Rev. January 1, 2004]

**SUMMONS—UNLAWFUL DETAINER—EVICTION**

Code of Civil Procedure, §§ 412.20, 415.456, 1167
American LegalNet, Inc. | www.USCourtForms.com

**SUM-130**

| PLAINTIFF *(Name):* YOSEMITE MANAGEMENT GROUP, LLC | CASE NUMBER: |
|---|---|
| DEFENDANT*(Name):*  FLORA NG, ET AL. | |

6. **Unlawful detainer assistant** *(complete if plaintiff has received any help or advice for pay from an unlawful detainer assistant):*

   a. Assistant's name:

   b. Telephone no.:

   c. Street address, city, and ZIP:

   d. County of registration:

   e. Registration no.:

   f.  Registration expires on *(date):*

American LegalNet, Inc.
www.USCourtForms.com

CM-010

## INSTRUCTIONS ON HOW TO COMPLETE THE COVER SHEET

**To Plaintiffs and Others Filing First Papers.** If you are filing a first paper (for example, a complaint) in a civil case, you **must** complete and file, along with your first paper, the *Civil Case Cover Sheet* contained on page 1. This information will be used to compile statistics about the types and numbers of cases filed. You must complete items 1 through 6 on the sheet. In item 1, you must check **one box** for the case type that best describes the case. If the case fits both a general and a more specific type of case listed in item 1, check the more specific one. If the case has multiple causes of action, check the box that best indicates the **primary** cause of action. To assist you in completing the sheet, examples of the cases that belong under each case type in item 1 are provided below. A cover sheet must be filed only with your initial paper. Failure to file a cover sheet with the first paper filed in a civil case may subject a party, its counsel, or both to sanctions under rules 2.30 and 3.220 of the California Rules of Court.

**To Parties in Rule 3.740 Collections Cases.** A "collections case" under rule 3.740 is defined as an action for recovery of money owed in a sum stated to be certain that is not more than $25,000, exclusive of interest and attorney's fees, arising from a transaction in which property, services, or money was acquired on credit. A collections case does not include an action seeking the following: (1) tort damages, (2) punitive damages, (3) recovery of real property, (4) recovery of personal property, or (5) a prejudgment writ of attachment. The identification of a case as a rule 3.740 collections case on this form means that it will be exempt from the general time-for-service requirements and case management rules, unless a defendant files a responsive pleading. A rule 3.740 collections case will be subject to the requirements for service and obtaining a judgment in rule 3.740.

**To Parties in Complex Cases.** In complex cases only, parties must also use the *Civil Case Cover Sheet* to designate whether the case is complex. If a plaintiff believes the case is complex under rule 3.400 of the California Rules of Court, this must be indicated by completing the appropriate boxes in items 1 and 2. If a plaintiff designates a case as complex, the cover sheet must be served with the complaint on all parties to the action. A defendant may file and serve no later than the time of its first appearance a joinder in the plaintiff's designation, a counter-designation that the case is not complex, or, if the plaintiff has made no designation, a designation that the case is complex.

## CASE TYPES AND EXAMPLES

**Auto Tort**
  Auto (22)—Personal Injury/Property
    Damage/Wrongful Death
  Uninsured Motorist (46) *(if the
    case involves an uninsured
    motorist claim subject to
    arbitration, check this item
    instead of Auto)*
**Other PI/PD/WD (Personal Injury/
Property Damage/Wrongful Death)
Tort**
  Asbestos (04)
    Asbestos Property Damage
    Asbestos Personal Injury/
      Wrongful Death
  Product Liability *(not asbestos or
    toxic/environmental)* (24)
  Medical Malpractice (45)
    Medical Malpractice–
      Physicians & Surgeons
    Other Professional Health Care
      Malpractice
  Other PI/PD/WD (23)
    Premises Liability (e.g., slip
     and fall)
    Intentional Bodily Injury/PD/WD
     (e.g., assault, vandalism)
    Intentional Infliction of
     Emotional Distress
    Negligent Infliction of
     Emotional Distress
    Other PI/PD/WD
**Non-PI/PD/WD (Other) Tort**
  Business Tort/Unfair Business
    Practice (07)
  Civil Rights (e.g., discrimination,
    false arrest) *(not civil
    harassment)* (08)
  Defamation (e.g., slander, libel)
    (13)
  Fraud (16)
  Intellectual Property (19)
  Professional Negligence (25)
    Legal Malpractice
    Other Professional Malpractice
     *(not medical or legal)*
  Other Non-PI/PD/WD Tort (35)
**Employment**
  Wrongful Termination (36) Other
    Employment (15)

**Contract**
  Breach of Contract/Warranty (06)
    Breach of Rental/Lease
     Contract *(not unlawful detainer
     or wrongful eviction)*
    Contract/Warranty Breach–Seller
     Plaintiff *(not fraud or negligence)*
    Negligent Breach of Contract/
     Warranty
    Other Breach of Contract/Warranty
  Collections (e.g., money owed, open
    book accounts) (09)
    Collection Case–Seller Plaintiff
    Other Promissory Note/Collections
     Case
  Insurance Coverage *(not provisionally
    complex)* (18)
    Auto Subrogation
    Other Coverage
  Other Contract (37)
    Contractual Fraud
    Other Contract Dispute
**Real Property**
  Eminent Domain/Inverse
    Condemnation (14)
  Wrongful Eviction (33)
  Other Real Property (e.g., quiet title) (26)
    Writ of Possession of Real Property
    Mortgage Foreclosure
    Quiet Title
    Other Real Property *(not eminent
    domain, landlord/tenant, or
    foreclosure)*
**Unlawful Detainer**
  Commercial (31)
  Residential (32)
  Drugs (38) *(if the case involves illegal
    drugs, check this item; otherwise,
    report as Commercial or Residential)*
**Judicial Review**
  Asset Forfeiture (05)
  Petition Re: Arbitration Award (11)
  Writ of Mandate (02)
    Writ–Administrative Mandamus
    Writ–Mandamus on Limited Court
     Case Matter
    Writ–Other Limited Court Case
     Review
  Other Judicial Review (39)
    Review of Health Officer Order
    Notice of Appeal–Labor
     Commissioner Appeals

**Provisionally Complex Civil Litigation (Cal.
Rules of Court Rules 3.400–3.403)**
  Antitrust/Trade Regulation (03)
  Construction Defect (10)
  Claims Involving Mass Tort (40)
  Securities Litigation (28)
  Environmental/Toxic Tort (30)
  Insurance Coverage Claims
    *(arising from provisionally complex
    case type listed above)* (41)
**Enforcement of Judgment**
  Enforcement of Judgment (20)
    Abstract of Judgment (Out of
     County)
    Confession of Judgment *(non-
     domestic relations)*
    Sister State Judgment
    Administrative Agency Award
     *(not unpaid taxes)*
    Petition/Certification of Entry of
     Judgment on Unpaid Taxes
    Other Enforcement of Judgment
     Case
**Miscellaneous Civil Complaint**
  RICO (27)
  Other Complaint *(not specified
    above)* (42)
    Declaratory Relief Only
    Injunctive Relief Only *(non-
     harassment)*
    Mechanics Lien
    Other Commercial Complaint
     Case *(non-tort/non-complex)*
    Other Civil Complaint
     *(non-tort/non-complex)*
**Miscellaneous Civil Petition**
  Partnership and Corporate
    Governance (21)
  Other Petition *(not specified
    above)* (43)
    Civil Harassment
    Workplace Violence
    Elder/Dependent Adult
     Abuse
    Election Contest
    Petition for Name Change
    Petition for Relief From Late
     Claim
    Other Civil Petition

CM-010 [Rev. July 1, 2007]

**CIVIL CASE COVER SHEET**

American LegalNet, Inc.
www.FormsWorkflow.com

THE LAW FIRM OF POWELL & POOL
7522 North Colonial Avenue, Suite 100
Fresno, California 93711

2.    Plaintiff is informed and believes, and thereon alleges, that defendant FLORA NG ("NG") is, and at all times mentioned herein was, an individual residing in the State of California.

3.    Plaintiff is informed and believes, and thereon alleges, that defendant NEIL ISON ("ISON") is, and at all times mentioned herein was, an individual residing in the State of California.

4.    Plaintiff is ignorant of the true names and capacities of defendants sued herein as DOES 1 through 20, inclusive, and, therefore, sues these defendants by such fictitious names. Plaintiff will amend this Complaint to allege their true names and capacities when ascertained. Plaintiff is informed and believes, and on the basis of such information and belief alleges, that each of the fictitiously named defendants is somehow liable to Plaintiff as herein alleged and that Plaintiff's rights against such fictitiously named defendants arise from such liability. Plaintiff is further informed and believes, and thereon alleges, that each of the fictitiously named defendants claims a right under the named defendant(s) to possession of the property against Plaintiff.

5.    Plaintiff is informed and believes, and thereon alleges, that, at all times, each of the defendants, including the DOE defendants, were and are the agent, employee, employer, joint venturer, representative, alter ego, and/or partner of one or more of the remaining defendants and were, in performing the acts alleged or to be alleged, acting within the scope of such relationship and/or is in some other way responsible for the acts of one or more of the other defendants.

6.    On February 19, 2008, Plaintiff purchased that certain real property commonly described as 1285 Hecker Pass Road, Watsonville, California 95076 (the "Property") at a validly held non-judicial foreclosure sale. A true and correct copy of the recorded Trustee's Deed Upon Sale is attached hereto as Exhibit "A" and incorporated herein by this reference.

///

///

THE LAW FIRM OF POWELL & POOL
7522 North Colonial Avenue, Suite 100
Fresno, California 93711

1    7.    At the time of the February 19, 2008 public sale, NG, ISON, and DOES

2    1 through 20 (hereinafter referred to collectively as "Defendants") were in possession of the

3    Property and have remained in possession after the sale.

4    8.    On February 29, 2008, Plaintiff caused a 3-Day Notice to Quit

5    ("Notice") to be served on Defendants. The original Notice and Proof of Service with respect to

6    same are attached hereto as Exhibits "B" and "C," respectively, and incorporated herein by this

7    reference.

8    9.    The period of time for Defendants to vacate the Property expired at the

9    end of the day on March 3, 2008, and ever since said date, Plaintiff has been entitled to

10   immediate possession of the Property.

11   10.    Defendants have failed and refused to deliver up possession of the

12   Property before expiration of the notice period, or since, and continue in possession without

13   Plaintiff's permission or consent.

14   11.    The withholding of possession of the Property by Defendants from

15   Plaintiff has been willful, deliberate, intentional and obstinate, and done by Defendants with the

16   knowledge that their right to possession has been terminated and that said withholding is against

17   Plaintiff's will.

18   12.    The reasonable rental value of the Property is $333.33 per day, and the

19   damages to Plaintiff proximately caused by the unlawful detention by Defendants has accrued at

20   that rate from and after March 4, 2008 and will continue to accrue at that rate so long as

21   Defendants remain in possession of the Property.

22   WHEREFORE, Plaintiff prays for judgment against Defendants as follows:

23   1.  For possession of the Property;

24   2.  For damages for the unlawful detention of the Property at the rate of $333.33

25   per day from and after March 4, 2008, until entry of judgment;

26   ///

27   ///

28   ///

3
COMPLAINT FOR UNLAWFUL DETAINER

3.  For costs; and

4.  For such other and further relief as the Court may deem proper.

Dated: March 25, 2008                    THE LAW FIRM OF POWELL & POOL

By

JESSICA L. GIANNETTA, Attorneys for
YOSEMITE MANAGEMENT GROUP, LLC

THE LAW FIRM OF POWELL & POOL
7522 North Colonial Avenue, Suite 100
Fresno, California 93711

1

THE LAW FIRM OF POWELL & POOL
7522 North Colonial Avenue, Suite 100
Fresno, California 93711

## V E R I F I C A T I O N

I, JESSICA L. GIANNETTA, declare:

I am an attorney at law duly admitted and licensed to practice before all courts of this State and have my professional office at 7522 North Colonial Avenue, Suite 100, City of Fresno, County of Fresno, State of California.

I am the attorney of record for the Plaintiff in the above-entitled matter.

Said Plaintiff is absent from the county in which I have my office and for that reason I am making this verification on its behalf.

I have read the foregoing Verified Complaint for Unlawful Detainer and know the contents thereof.

I am informed and believe that matters stated therein are true, and on that ground I allege that the matters stated therein are true.

Executed on this 25th day of March, 2008 at Fresno, California.

I declare under penalty of perjury that the foregoing is true and correct.

JESSICA L. GIANNETTA

**EXHIBIT "A"**

RECORDING REQUESTED BY:

**RECORDING REQUESTED BY**
**FIRST AMERICAN TITLE**

AND WHEN RECORDED MAIL TO:
**Yosemite Management Group, LLC**
**1205 Freedom Boulevard, #2**
**Watsonville, CA 95076**

Forward Tax Statements To:
**The Address Given Above**

2008-0007313

| | |
|---|---|
| Recorded | I REC FEE          14.00 |
| Official Records | I |
| County of | I PCOR - PRELIMIN 20.00 |
| Santa Cruz | I SURVEY MONUMENT 10.00 |
| GARY E. HAZELTON | I |
| Recorder | I |
| | I JRS |
| 08:01AM 25-Feb-2008 | I Page 1 of 3 |

TS #: 07-7188-01
Loan #: B0512003            /337473/            **ORIGINAL**            SPACE ABOVE LINE FOR RECORDER'S USE

## TRUSTEE'S DEED UPON SALE

A.P.N.: **109-191-04-000**                    Transfer Tax: **$0.00**
"THIS TRANSACTION IS EXEMPT FROM THE REQUIREMENTS OF THE REVENUE AND TAXATION CODE,
SECTION 480.3"
The Grantee Herein WAS The Foreclosing Beneficiary.
The Amount of The Unpaid Debt was:   **$543,577.47**
The Amount Paid By The Grantee was:   **$496,581.04**
Said Property is in **UNINCORPORATED AREA**, County of **Santa Cruz**

**First American Title Company**, as Trustee, (whereas so designated in the Deed of Trust hereunder more particularly
described or as duly appointed Trustee) does hereby **GRANT** and **CONVEY** to

**Yosemite Management Group, LLC**

(herein called Grantee) but without covenant or warranty, expressed or implied, all right title and interest conveyed to and
now held by it as Trustee under the Deed of Trust in and to the property situated in the county of **Santa Cruz**, State of
California, described as follows:

**SITUATED NEAR HECKER PASS IN THE RANCHO SALSIPUEDES; AND BEGINNING IN THE  MIDDLE
OF THE HECKER HIGHWAY; THE LINE FROM SAID BEGINNING IS HEREBY DESCRIBED  AS
FOLLOWS:**

**BEGINNING AT THE MOST WESTERN CORNER OF THE LANDS CONVEYED BY CALIFORNIA
PACIFIC TITLE COMPANY TO LOUIS RESETAR BY DEED RECORDED JANUARY 26, 1933 IN  VOLUME
240 AT PAGE 152, OFFICIAL RECORDS OF SANTA CRUZ COUNTY, CALIFORNIA; AND  RUNNING
THENCE NORTH 83° 31' WEST 167.99 FEET TO THE BEGINNING OF A CURVE ON THE  CENTERLINE
OF SAID HECKER HIGHWAY; THENCE ALONG THE CENTERLINE OF SAID  HIGHWAY ON A CURVE
TO THE RIGHT HAVING A RADIUS OF 400 FEET, THROUGH AN ANGLE  OF 11° 18' 47" FOR A
DISTANCE OF 78.98 FEET TO SAID POINT OF BEGINNING; AND RUNNING  THENCE FROM SAID
POINT OF BEGINNING ALONG THE CENTERLINE OF SAID HIGHWAY ON A  CURVE TO THE RIGHT
( TANGENT TO CURVE AT THIS POINT IS SOUTH 30° 49' 13" EAST)  HAVING A RADIUS OF 400 FEET,
THROUGH AN ANGLE OF 74° 53' 13" FOR A DISTANCE OF  522.81 FEET; THENCE LEAVING SAID
CENTERLINE NORTH 58° 34' WEST 64.83 FEET TO A  STATION ON THE BOUNDARY OF LANDS
BELONGING TO COUNTY OF SANTA CLARA, A DRILL  HOLE IN THE BASE OF THE HECKER
MONUMENT BEARS SOUTH 33° 9' EAST 20.95 FEET DISTANT; THENCE ALONG THE BOUNDARY OF
SAID LAST NAMED LANDS SOUTH 56° 34' WEST   967.62  FEET TO A GULCH: THENCE LEAVING
SAID LAST NAMED LANDS ALONG THE AVERAGE  CENTERLINE OF SAID GULCH SOUTH 62° 34'**

## TRUSTEE'S DEED UPON SALE

TS #: 07-7188-01
Loan #: B0512003

EAST 238.52 FEET; SOUTH 77° 3' EAST 117.22 FEET; NORTH 86° 37' EAST 108.00 FEET; SOUTH 78° 37' EAST 97.81 FEET AND SOUTH 87° 11' EAST 95.43 FEET; THENCE LEAVING GULCH NORTH 46° 53' EAST 251.39 FEET TO THE PLACE OF BEGINNING.

This conveyance is made in compliance with the terms and provisions of the Deed of Trust executed by **Flora Ng, an unmarried woman** as Trustor, dated **12/14/2005**, under the authority and powers vested in the Trustee designated in the Deed of Trust or as the duly appointed Trustee, default having occurred under the Deed of Trust pursuant to the Notice of Default and Election to Sell under the Deed of Trust recorded on **12/29/2005**, Instrument number **2005-0089938**, Book —, Page — of Official records. Trustee has complied with all applicable statutory requirements of the State of California and performed all duties required by the Deed of Trust including sending a Notice of Default and Election to Sell within ten days after its recording and a Notice of Sale at least twenty days prior to the Sale Date by certified mail, postage pre-paid to each person entitled to notice in compliance with California Civil Code 2924b.

All requirements per California Statutes regarding the mailing, personal delivery and publication of copies of Notice of Default and Election to Sell under Deed of Trust and Notice of Trustee's Sale, and the posting of copies of Notice of Trustee's Sale have been complied with. Trustee, in compliance with said Notice of Trustee's sale and in exercise of its powers under said Deed of Trust sold said real property at public auction on **2/19/2008**. Grantee, being the highest bidder at said sale became the purchaser of said property for the amount bid, being **$496,581.04**, in lawful money of the United States, in pro per, receipt thereof is hereby acknowledged in full/partial satisfaction of the debt secured by said Deed of Trust.

In witness thereof, **First American Title Company**, as Trustee, has this day, caused its name to be hereunto affixed by its officer thereunto duly authorized by its corporation by-laws.

Date: **February 19, 2008**

**First American Title Company, as Trustee**
**By WT Capital Lender Services, Its Authorized Agent**

By: _____
**DEBRA BERG, Senior Vice President**

Trustee's Deed Upon Sale  Page 2 of 3

## TRUSTEE'S DEED UPON SALE

TS #: 07-7188-01
Loan #: B0512003

| State of California | } ss. |
|---|---|
| County of Fresno | } |

On 2/19/2008, before me, **M. Evans,** Notary Public, personally appeared **Debra Berg** who proved to me on the basis of satisfactory evidence to be the person(s) whose name(s) is/are subscribed to the within instrument and acknowledged to me that he/she/they executed the same in his/her/their authorized capacity(ies), and that by his/her/their signature(s) on the instrument the person(s), or the entity upon behalf of which the person(s) acted, executed the instrument.

I certify UNDER PENALTY OF PERJURY under the laws of the State or California that the foregoing paragraph is true and correct.

WITNESS my hand and official seal.

Signature _____
M. Evans

```
M. EVANS
COMM. #1708803
NOTARY PUBLIC - CALIFORNIA
FRESNO COUNTY
My Comm. Expires Dec. 5, 2010
```

**EXHIBIT "B"**

# NOTICE TO QUIT

To:    FLORA NG
       NEIL ISON
       TEODORO ALCAZAR
       AND ANY AND ALL OTHER RESIDENTS OR OCCUPANTS OF
       1285 Hecker Pass Road
       Watsonville CA  95076


TENANTS-IN-POSSESSION

       NOTICE IS HEREBY GIVEN THAT, YOSEMITE MANAGEMENT GROUP LLC, has purchased the above-referenced property at a non-judicial foreclosure sale conducted on February 19, 2008, and title has been duly perfected.

       NOTICE IS FURTHER GIVEN that any and all tenancies or rights to tenancy are hereby terminated.  Within three (3) days after service on you of this Notice, you must deliver up possession of the property to YOSEMITE MANAGEMENT GROUP LLC or its agent.

       If you fail to deliver up possession within the time stated, legal proceedings will be commenced against you to recover possession and a judgment for damages for your unlawful detention of the property.

       DATED:  FEB 27 2008

                     Hanno T. Powell
                     7522 N. Colonial Avenue, Suite 100
                     Fresno, California 93711
                     Telephone: (559) 228-8034

                     By _____
                       HANNO T. POWELL
                       Attorney for:
                       YOSEMITE MANAGEMENT GROUP LLC

6321.29\3DAY.NTC

EXHIBIT "C"

**Powell & Pool**
7522 N Colonial Ave, Suite 100  Fresno, CA 93711

TELEPHONE NO.: **(559) 228-8034**    FAX NO. *(Optional)*: **(559) 228-6818**
E-MAIL ADDRESS *(Optional)*:

FOR COURT USE ONLY

| PROOF OF SERVICE | HEARING DATE: | DAY: | TIME: | DEPT.: | Ref No. or File No.: |
|---|---|---|---|---|---|
| | | | | | |

THE TIME OF SERVICE I WAS AT LEAST 18 YEARS OF AGE AND NOT A PARTY TO THIS ACTION, AND **I SERVED** ꟼIES OF THE:

lotice to Quit

ꟼERSON/ENTITY SERVED:  **Flora Ng, Neil Ison, Teodoro Alcazar and Any and All Other Residents**

DATE OF POSTING:  **02/29/2008**
TIME OF POSTING:  **12:23 pm**

DATE OF MAILING:  **February 29, 2008**
PLACE OF MAILING:  **Marina, CA**

ADDRESS OF PROPERTY:  **1285 Hecker Pass Rd**
**Watsonville, CA 95076**
**(HOME)**

NNER OF SERVICE:

y posting in a conspicuous place on the property therein described, there being no person of suitable age or discretion to be ound at any known place of residence or business of said tenants; and mailing a copy by first class mail, postage pre-paid, and ꟾepositing said copies in the United States Mail, in a sealed envelope, addressed as stated above. [CCP §1162(3)]

ꝫe for Service: **59.50**
County: **Monterey**
Registration No.: **47**
**Sayler Legal Service, Inc.**
**455 Reservation Road, Suite E**
**Marina, CA 93933**
**(831) 384-4030**

I declare under penalty of perjury under the laws of the State of California that the foregoing information contained in the return of service and statement of service fees is true and correct and that this declaration was executed on **March 4, 2008**.

Signature

**CHRISTOPHER MEHARG**

**PROOF OF SERVICE**

ꝺ)[New July 1, 1987]

Order# P113775/GProof8

**UD-105**

| ATTORNEY OR PARTY WITHOUT ATTORNEY *(Name and Address)*:<br>Neil Ison - State Bar No. 112881<br>21285 Saratoga Hills Road<br>Saratoga, CA 95070<br><br>ATTORNEY FOR *(Name)*: Defendant Flora Ng | TELEPHONE NO:<br>408-828-2490 | FOR COURT USE ONLY<br><br>F I L E D<br><br>MAR 27 2008<br><br>ALEX CALVO, CLERK<br>BY DEBORAH ROJAS<br>DEPUTY, SANTA CRUZ COUNTY |
|---|---|---|

| NAME OF COURT: Santa Cruz County Superior Court |
|---|
| STREET ADDRESS: 701 Ocean Street |
| MAILING ADDRESS: |
| CITY AND ZIP CODE: Santa Cruz, CA 95060 |
| BRANCH NAME: |

| PLAINTIFF: Yosemite Management Group, LLC |
|---|
| DEFENDANT: Flora Ng, et al. |

| ANSWER—Unlawful Detainer | CASE NUMBER:<br>CV 159839 |
|---|---|

1. Defendant *(names)*:
   Flora Ng

   answers the complaint as follows:

2. **Check ONLY ONE of the next two boxes:**
   a. ☐ Defendant generally denies each statement of the complaint. *(Do not check this box if the complaint demands more than $1,000.)*
   b. ☑ Defendant admits that all of the statements of the complaint are true EXCEPT
      (1) Defendant claims the following statements of the complaint are false *(use paragraph numbers from the complaint or explain)*:
         5, 6, 9, 11, 12

         ☐ Continued on Attachment 2b (1).
      (2) Defendant has no information or belief that the following statements of the complaint are true, so defendant denies them *(use paragraph numbers from the complaint or explain)*:
         1, 4, 7 (except that defendant Flora Ng admits possession of the property)

         ☐ Continued on Attachment 2b (2).

3. AFFIRMATIVE DEFENSES    *(NOTE: For each box checked, you must state brief facts to support it in the space provided at the top of page two (item 3j)).*
   a. ☐ *(nonpayment of rent only)* Plaintiff has breached the warranty to provide habitable premises.
   b. ☐ *(nonpayment of rent only)* Defendant made needed repairs and properly deducted the cost from the rent, and plaintiff did not give proper credit.
   c. ☐ *(nonpayment of rent only)* On *(date)*:                before the notice to pay or quit expired, defendant offered the rent due but plaintiff would not accept it.
   d. ☐ Plaintiff waived, changed, or canceled the notice to quit.
   e. ☐ Plaintiff served defendant with the notice to quit or filed the complaint to retaliate against defendant.
   f. ☐ By serving defendant with the notice to quit or filing the complaint, plaintiff is arbitrarily discriminating against the defendant in violation of the Constitution or laws of the United States or California.
   g. ☐ Plaintiff's demand for possession violates the local rent control or eviction control ordinance of *(city or county, title of ordinance, and date of passage)*:

      *(Also, briefly state the facts showing violation of the ordinance in item 3j.)*
   h. ☐ Plaintiff accepted rent from defendant to cover a period of time after the date the notice to quit expired.
   i. ☐ Other affirmative defenses are stated in item 3j.

Page 1 of 2

Form Approved by the Judicial<br>Council of California<br>UD-105 [Rev. January 1,2007] | **ANSWER—Unlawful Detainer** | Civil Code, §1940 et seq.;<br>Code of Civil Procedure, § 425.12<br>www.courtinfo.ca.gov<br>American LegalNet, Inc.<br>www.FormsWorkflow.com

UD-105

| PLAINTIFF *(Name)*:  Yosemite Management Group, LLC | CASE NUMBER: |
|---|---|
| DEFENDANT *(Name)*:  Flora Ng, et al. | CV 159839 |

3. AFFIRMATIVE DEFENSES (cont'd)
  j. Facts supporting affirmative defenses checked above *(identify each item separately by its letter from page one)*:

   Defendant Flora Ng is the lawful owner of the property.

   (1) ☐  All the facts are stated in Attachment 3j.      (2) ☐  Facts are continued in Attachment 3j.

4. OTHER STATEMENTS
  a. ☐  Defendant vacated the premises on *(date)*:
  b. ☑  The fair rental value of the premises alleged in the complaint is excessive *(explain)*:

   The property lacks propane, water and electricity to the residence, and the HVAC is defective.

  c. ☑  Other *(specify)*:

   The foreclosure sale was unlawful and void and in violation of a bankruptcy automatic stay and California law. There is another action pending that should be consolidated, CV 159630.

5. DEFENDANT REQUESTS
  a.  that plaintiff take nothing requested in the complaint.
  b.  costs incurred in this proceeding.
  c. ☑  reasonable attorney fees.
  d. ☐  that plaintiff be ordered to (1) make repairs and correct the conditions that constitute a breach of the warranty to provide habitable premises and (2) reduce the monthly rent to a reasonable rental value until the conditions are corrected.
  e. ☑  Other *(specify)*:
   Defendant Flora Ng seeks punitive damages.
   Defendants Flora Ng demands a jury trial.

6. ☐  Number of pages attached *(specify)*:

   **UNLAWFUL DETAINER ASSISTANT (Business and Professions Code sections 6400- 6415)**
7. *(Must be completed in all cases)* An **unlawful detainer assistant** ☑ did not ☐ did for compensation give advice or assistance with this form. *(If defendant has received any help or advice for pay from an unlawful detainer assistant, state:*
  a. Assistant's name:                                          b. Telephone No.:
  c. Street address, city, and ZIP:
  d. County of registration:              e. Registration No.:          f. Expires on *(date)*:

Neil Ison
_____          ▶ _____
          (TYPE OR PRINT NAME)                              (SIGNATURE OF DEFENDANT OR ATTORNEY)

                                         ▶
_____          _____
          (TYPE OR PRINT NAME)                              (SIGNATURE OF DEFENDANT OR ATTORNEY)

*(Each defendant for whom this answer is filed must be named in item 1 and must sign this answer unless his or her attorney signs.)*

**VERIFICATION**
*(Use a different verification form if the verification is by an attorney or for a corporation or partnership. )*
I am the defendant in this proceeding and have read this answer. I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct. Date: 3-27-08

Flora Ng
_____          ▶ _____
          (TYPE OR PRINT NAME)                              (SIGNATURE OF DEFENDANT)