Neil Ison, State Bar Number 112881
21285 Saratoga Hills Road
Saratoga, CA 95070
T:   408-828-2490
F:   408-867-1300
quantumdeco@yahoo.com

Attorney for Flora Ng

FILED

2008 APR 18 P 2: 15

RICHARD W. WIEKING
CLERK
U.S. DISTRICT COURT
NO. DIST. OF CA. S.J.

UNITED STATES DISTRICT COURT

NORTHER DISTRICT OF CALIFORNIA

| Yosemite Management Group, LLC, | Case Number C08 02032 PVT |
|---|---|
| Plaintiff, | Notice of Related Case |
| v. | |
| Flora Ng, et al. | Santa Cruz County Superior Court Number CV 159839 |
| Defendants. | |

NOTICE OF RELATED CASE

To:   Judges of the United States District Court for the Northern District of California
      All Defendants in the above referenced Santa Cruz County Action
      The Clerk of the United States District Court

Notice is hereby given of the Related Case of Flora Ng v. Sterling Pacific Lending, Inc., et al., United States District Court for the Northern District of California Number C 08-01782 JW, which was assigned to the Honorable James Ware. The case is a Related Case within the definition of the Federal Rules of Civil Procedure because it involves some of the same parties and the same applicable law and facts, as more fully described in the Notice of Removal, and it further involves the same bankruptcy case, In re Armando Saldana, United States Bankruptcy Court for the Northern District of California Case Number 08-50672, the Honorable Roger L. Efremsky.

Dated:  April 11, 2008

Neil Ison, Attorney for Applicant
21285 Saratoga Hills Road
Saratoga, CA 95070
408-828-2490

1