IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| Flora Ng, et al., | NO. C 08-01782 JW |
| | NO. C 08-02032 PVT |
| Plaintiffs, | |
| v. | **ORDER RELATING CASES AND SCHEDULING CASE MANAGEMENT CONFERENCE** |
| Sterling Pacific Lending, Inc., et al., | |
| Defendants. | |

The Court finds that <u>Yosemite Management Group, LLC v Ng, et al.</u>, C 08-2032 PVT, is related to <u>Flora Ng., et al., v. Sterling Pacific Lending, Inc. et al.</u>, C 08-1782 JW within the meaning of Civ. L.R. 3-12. The Clerk shall reassign C 08-2032 PVT to Judge Ware, who is the Judge assigned to the earlier filed case.

In light of this Order, the Court advances the case management conferences and orders all parties in both actions to appear for a Case Management Conference on **Monday, May 12, 2008 at 10 a.m.** Pursuant to the Civil Local Rules of Court, the parties shall submit a Joint Case Management Statement no later than **May 2, 2008**. The Joint Statement shall be filed in Docket 08-1782 JW.

Dated: April 25, 2008

*James Ware*
JAMES WARE
United States District Judge

**THIS IS TO CERTIFY THAT COPIES OF THIS ORDER HAVE BEEN DELIVERED TO:**

Donald James Pool donp@wtcap.com
Neil R. Ison info@isonlaw.com

| | |
|---|---|
| **Dated: April 25, 2008** | **Richard W. Wieking, Clerk** |
| | **By:  /s/ JW Chambers**<br>        **Elizabeth Garcia**<br>        **Courtroom Deputy** |