(SPACE BELOW FOR FILING STAMP ONLY)

**DON J. POOL 166468**
**THE LAW FIRM OF POWELL & POOL**
7522 N. Colonial Avenue, Suite 100
Fresno, California 93711
Telephone: (559) 228-8034
Facsimile: (559) 228-6818

Attorneys for YOSEMITE MANAGEMENT GROUP, LLC

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

# SAN JOSE DIVISION

\*\*\*

| | |
|---|---|
| YOSEMITE MANAGEMENT GROUP, LLC, a California limited liability company,<br><br>Plaintiff,<br><br>v.<br><br>FLORA NG, an individual residing in California; NEIL ISON, an individual residing in California; and DOES 1 through 20, inclusive,<br><br>Defendants. | Case No. 5:08-cv-02032-JW<br><br>NOTICE OF BANKRUPTCY FILING BY FLORA FONG NG<br><br><br><br>Honorable James Ware |

/////
/////
/////
/////
/////
/////
/////
/////
/////

-1-

Notice of Bankruptcy Filing of Flora Fong Ng

1  TO THE COURT AND TO ALL INTERESTED PARTIES:

2  PLEASE TAKE NOTICE that defendant in this matter, FLORA NG, has filed
3  a chapter 11 bankruptcy proceeding in the United States Bankruptcy Court, Northern District
4  of California, San Jose Division, on August 26, 2008, as case no. 08-54744.  A true and
5  correct copy of NG's Notice of Bankruptcy Filing is attached hereto as exhibit A and
6  incorporated herein by this reference.

7  Dated: August 28, 2008            THE LAW FIRM OF POWELL & POOL

                                              / S /    Don J. Pool
                                     DON J. POOL, Attorneys for
                                     YOSEMITE MANAGEMENT GROUP, LLC

THE LAW FIRM OF POWELL & POOL
7522 North Colonial Avenue, Suite 100
Fresno, California 93711

# EXHIBIT A

1  FLORA FONG NG
   21285 Saratoga Hills
2  Saratoga, California 95070
   Telephone: (408) 621-6800
3
   Debtor In Pro Per
4

5

6

7

8                    UNITED STATES BANKRUPTCY COURT

9                    NORTHERN DISTRICT OF CALIFORNIA

10                           SAN JOSE DIVISION

11  In Re:                              Case No. 08-54744

12  FLORA FONG NG                       Chapter 11
    aka FLORA N. FONG
13  aka N. FLORA FONG                   NOTICE OF BANKRUPTCY FILING
    (SSN xxx-xx-1925)
14
       Debtor.
15

16  TO ALL INTERESTED PARTIES:

17       PLEASE BE ADVISED that on August 26, 2008, the Debtor FLORA FONG NG filed a

18  Chapter 11 Bankruptcy Petition. A copy of the Petition attached hereto as Exhibit "A" and

19  incorporated herein by reference.

20       PLEASE BE ADVISED that the filing of the bankruptcy case automatically stays

21  certain collection and other actions against the Debtors and the Debtors' property, including, but

22  not limited to

23  (1) Trustee's Sale No. 07-7189-01 for the real property located at 2741-2743 Hyde Street, San

24      Francisco, CA, Loan Number B0551106 (San Francisco County Assessor's Parcel Number

25      0025-003A).

26

27

28
    Case No. 08-54744                         1                    Notice of Bankruptcy Filing

1  (2) Trustee's Sale No. 07-7189-01 for the real property located at 1285 Hecker Pass Road,
2      Watsonville, CA, 95076, Loan Number B0512003 (Santa Cruz County Assessor's Parcel
3      Number 109-191-04).
4  (3) Trustee's Sale No. 07-7189-01 for the real property located at 1769 Lombard Street, San
5      Francisco, CA, 94123-2907 Loan Number B0551109 (San Francisco County Assessor's
6      Parcel Number 0506-027).
7  (4) Trustee's Sale No. 07-7189-01 for the real property located at 755 Marina Blvd., San
8      Francisco, CA, 94123-1023 Loan Number B0551108 (San Francisco County Assessor's
9      Parcel Number Lot 017 Blk 0910).

                            Respectfully submitted,

11 Dated: August 26, 2008    /s/ Flora Fong Ng
                             Flora Fong Ng
12                           Debtor In Pro Per

Case No. 08-54744                    2                    Notice of Bankruptcy Filing

# CERTIFICATE OF SERVICE

In re: Flora Fong Ng
Case No. 08-54744
United States Bankruptcy Court, Northern Dist. Of California, San Jose Division

I, the undersigned, declare that:

I am employed in the county of Santa Cruz, California. I am over the age of eighteen years and not a party to this action. My business address is Book & Book, LLP, 1414 Soquel Avenue, Suite 203, Santa Cruz, CA 95062.

On August 26, 2008, I served the following document(s) electronically or by U.S. Mail as follows:

1. NOTICE OF BANKRUPTCY FILING

| | |
|---|---|
| Charles Roy Fischer<br>Designated Officer<br>Sterling Pacific Lending, Inc.<br>1205 Freedom Blvd, #2<br>Watsonville, CA 95076<br>**Facsimile (831) 786-1999** | Joshua Fischer<br>Sterling Pacific Financial<br>1205 Freedom Blvd., #2<br>Watsonville, Ca 95076 |
| Sterling Pacific Financial<br>1205 Freedom Blvd., #2<br>Watsonville, Ca 95076 | Attn: Bankruptcy Department<br>GreenPoint Mortgage<br>P.O. Box 79363<br>City of Industry, CA 91716-9363 |
| W.T. Capital Lender Services<br>Attn: Debra Berg, SVP<br>7522 N. Colonial Avenue, #101<br>Fresno, CA 953711<br>**Facsimile (559) 224-1861** | Washington Mutual<br>7255 Baymeadows Way<br>Jacksonville, FL 32256-6851 |
| Washington Mutual Bank, FA<br>PO Box 25308<br>Santa Ana, CA 92799-5308 | Washington Mutual Home Loans<br>PO Box 78148<br>Phoenix, AZ 85062-8148 |
| Aurora Loan Services<br>PO Box 5180<br>Denver, CO 80217-5180 | |

[] (BY HAND): The documents were given to BRIAN M. KANDEL, ESQ. for hand-delivery on _____ to _____ at the above-identified addresses.

[XXX] (BY FACSIMILE): As follows: to the above-noted persons at the above-noted fax numbers at approximately 5:34 p.m. on August 26, 2008 with written confirmation of receipt.

[XXX] (BY MAIL): As follows: I am "readily familiar" with the firm's practice of collection and processing correspondence for mailing. Under that practice it would be deposited in the U.S. Postal Service on that same day with postage thereon fully prepaid at Santa Cruz, California in the ordinary course of business.

[] (STATE): I declare under penalty of perjury that the foregoing is true and correct, and that this declaration was executed on August 26, 2008 at Santa Cruz, California.

[XXX] (FEDERAL): I declare that I am employed in the office of a member of the Bar of this Court at whose direction the service was made on August 26, 2008 at Santa Cruz, California.

/s/ Anna Cvitkovic
Anna Cvitkovic

B 1 (Official Form 1) (1/08)

# United States Bankruptcy Court
## Northern District of California

| Name of Debtor (if individual, enter Last, First, Middle): | Name of Joint Debtor (Spouse) (Last, First, Middle): |
|---|---|
| Ng, Flora, Fong | |
| All Other Names used by the Debtor in the last 8 years (include married, maiden, and trade names): | All Other Names used by the Joint Debtor in the last 8 years (include married, maiden, and trade names): |
| aka Flora N. Fong<br>aka N. Flora Fong | |
| Last four digits of Soc. Sec. or Individual-Taxpayer I.D. (ITIN) No./Complete EIN(if more than one, state all): 1925 | Last four digits of Soc. Sec. or Individual-Taxpayer I.D. (ITIN) No./Complete EIN(if more than one, state all): |
| Street Address of Debtor (No. & Street, City, and State): | Street Address of Joint Debtor (No. & Street, City, and State): |
| 21285 Saratoga Hills<br>Saratoga, CA         ZIP CODE  95070 | ZIP CODE |
| County of Residence or of the Principal Place of Business: Santa Clara | County of Residence or of the Principal Place of Business: |
| Mailing Address of Debtor (if different from street address):  ZIP CODE | Mailing Address of Joint Debtor (if different from street address):  ZIP CODE |
| Location of Principal Assets of Business Debtor (if different from street address above):  ZIP CODE | |

**Type of Debtor** (Form of Organization) (Check one box)
- ☒ Individual (includes Joint Debtors) See Exhibit D on page 2 of this form
- ☐ Corporation (includes LLC and LLP)
- ☐ Partnership
- ☐ Other (If debtor is not one of the above entities, check this box and state type of entity below.)

**Nature of Business** (Check one box)
- ☐ Health Care Business
- ☐ Single Asset Real Estate as defined in 11 U.S.C. § 101(51B)
- ☐ Railroad
- ☐ Stockbroker
- ☐ Commodity Broker
- ☐ Clearing Bank
- ☐ Other

**Tax-Exempt Entity** (Check box, if applicable)
- ☐ Debtor is a tax-exempt organization under Title 26 of the United States Code (the Internal Revenue Code).

**Chapter of Bankruptcy Code Under Which the Petition is Filed** (Check one box)
- ☐ Chapter 7
- ☐ Chapter 9
- ☒ Chapter 11
- ☐ Chapter 12
- ☐ Chapter 13
- ☐ Chapter 15 Petition for Recognition of a Foreign Main Proceeding
- ☐ Chapter 15 Petition for Recognition of a Foreign Nonmain Proceeding

**Nature of Debts** (Check one box)
- ☒ Debts are primarily consumer debts, defined in 11 U.S.C. § 101(8) as "incurred by an individual primarily for a personal, family, or household purpose."
- ☐ Debts are primarily business debts.

**Filing Fee** (Check one box)
- ☒ Full Filing Fee attached
- ☐ Filing Fee to be paid in installments (applicable to individuals only). Must attach signed application for the court's consideration certifying that the debtor is unable to pay fee except in installments. Rule 1006(b). See Official Form 3A.
- ☐ Filing Fee waiver requested (applicable to chapter 7 individuals only). Must attach signed application for the court's consideration. See Official Form 3B.

**Chapter 11 Debtors**
Check one box:
- ☐ Debtor is a small business debtor as defined in 11 U.S.C. § 101(51D).
- ☒ Debtor is not a small business debtor as defined in 11 U.S.C. § 101(51D).

Check if:
- ☐ Debtor's aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $2,190,000.

Check all applicable boxes:
- ☐ A plan is being filed with this petition
- ☐ Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b).

**Statistical/Administrative Information**
- ☒ Debtor estimates that funds will be available for distribution to unsecured creditors.
- ☐ Debtor estimates that, after any exempt property is excluded and administrative expenses paid, there will be no funds available for distribution to unsecured creditors.

THIS SPACE IS FOR COURT USE ONLY

**Estimated Number of Creditors**
| ☒ 1-49 | ☐ 50-99 | ☐ 100-199 | ☐ 200-999 | ☐ 1,000-5,000 | ☐ 5,001-10,000 | ☐ 10,001-25,000 | ☐ 25,001-50,000 | ☐ 50,001-100,000 | ☐ Over 100,000 |

**Estimated Assets**
| ☐ $0 to $50,000 | ☐ $50,001 to $100,000 | ☐ $100,001 to $500,000 | ☐ $500,001 to $1 million | ☒ $1,000,001 to $10 million | ☐ $10,000,001 to $50 million | ☐ $50,000,001 to $100 million | ☐ $100,000,001 to $500 million | ☐ $500,000,001 to $1 billion | ☐ More than $1 billion |

**Estimated Liabilities**
| ☐ $0 to $50,000 | ☐ $50,001 to $100,000 | ☐ $100,001 to $500,000 | ☐ $500,001 to $1 million | ☐ $1,000,001 to $10 million | ☒ $10,000,001 to $50 million | ☐ $50,000,001 to $100 million | ☐ $100,000,001 to $500 million | ☐ $500,000,001 to $1 billion | ☐ More than $1 billion |

```
Case #  : 08-54744-RLE11
Debtor  : FLORA FONG NG
341 Mtg : 10/01/08  @ 10:30am
          San Jose, CA
          Tentative - Notice to be mailed
Chapter : 11           Office 5 - SJ
Receipt#: 50068097     Deputy : TF
Amount  : $1,039.00
From    : FLORA NG

Filed   : August 26, 2008   04:12 PM
Order for Relief
Clerk, U.S. Bankruptcy Court
Northern District of California
```

B 1 (Official Form 1) (1/08)                                                                FORM B1, Page 2

| Voluntary Petition *(This page must be completed and filed in every case)* | Name of Debtor(s): Flora Fong |
|---|---|

**All Prior Bankruptcy Cases Filed Within Last 8 Years** (If more than two, attach additional sheet)

| Location Where Filed | Case Number | Date Filed |
|---|---|---|
| Northern Dist. California, San Jose Div. | 05-59535 | 12/01/2005 |
| Location Where Filed | Case Number | Date Filed |
| | | |

**Pending Bankruptcy Case Filed by any Spouse, Partner or Affiliate of this Debtor** (If more than one, attach additional sheet)

| Name of Debtor: NONE | Case Number | Date Filed |
|---|---|---|
| District: | Relationship: | Judge: |

### Exhibit A
(To be completed if debtor is required to file periodic reports (e.g., forms 10K and 10Q) with the Securities and Exchange Commission pursuant to Section 13 or 15(d) of the Securities Exchange Act of 1934 and is requesting relief under chapter 11.)

☐ Exhibit A is attached and made a part of this petition.

### Exhibit B
(To be completed if debtor is an individual whose debts are primarily consumer debts)

I, the attorney for the petitioner named in the foregoing petition, declare that I have informed the petitioner that [he or she] may proceed under chapter 7, 11, 12, or 13 of title 11, United States Code, and have explained the relief available under each such chapter. I further certify that I have delivered to the debtor the notice required by 11 U.S.C. § 342(b).

X **Not Applicable**
Signature of Attorney for Debtor(s)          Date

### Exhibit C
Does the debtor own or have possession of any property that poses or is alleged to pose a threat of imminent and identifiable harm to public health or safety?

☐ Yes, and Exhibit C is attached and made a part of this petition.
☒ No

### Exhibit D
(To be completed by every individual debtor. If a joint petition is filed, each spouse must complete and attach a separate Exhibit D.)

☒ Exhibit D completed and signed by the debtor is attached and made a part of this petition.

If this is a joint petition:

☐ Exhibit D also completed and signed by the joint debtor is attached and made a part of this petition.

### Information Regarding the Debtor - Venue
(Check any applicable box)

☒ Debtor has been domiciled or has had a residence, principal place of business, or principal assets in this District for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other District.

☐ There is a bankruptcy case concerning debtor's affiliate, general partner, or partnership pending in this District.

☐ Debtor is a debtor in a foreign proceeding and has its principal place of business or principal assets in the United States in this District, or has no principal place of business or assets in the United States but is a defendant in an action or proceeding [in a federal or state court] in this District, or the interests of the parties will be served in regard to the relief sought in this District.

### Certification by a Debtor Who Resides as a Tenant of Residential Property
(Check all applicable boxes)

☐ Landlord has a judgment against the debtor for possession of debtor's residence. (If box checked, complete the following)

_____
(Name of landlord that obtained judgment)

_____
(Address of landlord)

☐ Debtor claims that under applicable nonbankruptcy law, there are circumstances under which the debtor would be permitted to cure the entire monetary default that gave rise to the judgment for possession, after the judgment for possession was entered, and

☐ Debtor has included in this petition the deposit with the court of any rent that would become due during the 30-day period after the filing of the petition.

☐ Debtor certifies that he/she has served the Landlord with this certification. (11 U.S.C. § 362(l)).

B 1 (Official Form 1) (1/08) FORM B1, Page 3

| Voluntary Petition<br>*(This page must be completed and filed in every case)* | Name of Debtor(s):<br>Flora Fong Ng |
|---|---|

## Signatures

### Signature(s) of Debtor(s) (Individual/Joint)

I declare under penalty of perjury that the information provided in this petition is true and correct.
[If petitioner is an individual whose debts are primarily consumer debts and has chosen to file under chapter 7] I am aware that I may proceed under chapter 7, 11, 12 or 13 of title 11, United States Code, understand the relief available under each such chapter, and choose to proceed under chapter 7.
[If no attorney represents me and no bankruptcy petition preparer signs the petition] I have obtained and read the notice required by 11 U.S.C. § 342(b).

I request relief in accordance with the chapter of title 11, United States Code, specified in this petition.

X /s/ Flora Fong Ng
Signature of Debtor  Flora Fong Ng

X Not Applicable
Signature of Joint Debtor

(408) 621-6800
Telephone Number (If not represented by attorney)

8-26-08
Date

### Signature of a Foreign Representative

I declare under penalty of perjury that the information provided in this petition is true and correct, that I am the foreign representative of a debtor in a foreign proceeding, and that I am authorized to file this petition.

(Check only one box.)

☐ I request relief in accordance with chapter 15 of Title 11, United States Code. Certified Copies of the documents required by § 1515 of title 11 are attached.

☐ Pursuant to 11 U.S.C. § 1511, I request relief in accordance with the Chapter of title 11 specified in the petition. A certified copy of the order granting recognition of the foreign main proceeding is attached.

X Not Applicable
(Signature of Foreign Representative)

_____
(Printed Name of Foreign Representative)

_____
Date

### Signature of Attorney

X Not Applicable
Signature of Attorney for Debtor(s)

_____
Printed Name of Attorney for Debtor(s) / Bar No

_____
Firm Name

_____
Address

_____
Telephone Number

_____
Date

*In a case in which § 707(b)(4)(D) applies, this signature also constitutes a certification that the attorney has no knowledge after an inquiry that the information in the schedules is incorrect.

### Signature of Debtor (Corporation/Partnership)

I declare under penalty of perjury that the information provided in this petition is true and correct, and that I have been authorized to file this petition on behalf of the debtor.

The debtor requests the relief in accordance with the chapter of title 11, United States Code, specified in this petition.

X Not Applicable
Signature of Authorized Individual

_____
Printed Name of Authorized Individual

_____
Title of Authorized Individual

_____
Date

### Signature of Non-Attorney Petition Preparer

I declare under penalty of perjury that: (1) I am a bankruptcy petition preparer as defined in 11 U.S.C. § 110; (2) I prepared this document for compensation and have provided the debtor with a copy of this document and the notices and information required under 11 U.S.C. §§ 110(b), 110(h), and 342(b); and, (3) if rules or guidelines have been promulgated pursuant to 11 U.S.C. § 110(h) setting a maximum fee for services chargeable by bankruptcy petition preparers, I have given the debtor notice of the maximum amount before preparing any document for filing for a debtor or accepting any fee from the debtor, as required in that section. Official Form 19 is attached.

_____
Printed Name and title, if any, of Bankruptcy Petition Preparer

_____
Social-Security number (If the bankruptcy petition preparer is not an individual, state the Social-Security number of the officer, principal, responsible person or partner of the bankruptcy petition preparer.) (Required by 11 U.S.C. § 110.)

_____
Address

X _____

_____
Date

Signature of bankruptcy petition preparer or officer, principal, responsible person, or partner whose Social-Security number is provided above.

Names and Social-Security numbers of all other individuals who prepared or assisted in preparing this document unless the bankruptcy petition preparer is not an individual.

If more than one person prepared this document, attach to the appropriate official form for each person.

A bankruptcy petition preparer's failure to comply with the provisions of title 11 and the Federal Rules of Bankruptcy Procedure may result in fines or imprisonment or both. 11 U.S.C. § 110; 18 U.S.C. § 156.

Official Form 1, Exhibit D (10/06)

# UNITED STATES BANKRUPTCY COURT
## Northern District of California

In re: Flora Fong Ng
         Debtor

Case No. _____
                    (if known)

## EXHIBIT D - INDIVIDUAL DEBTOR'S STATEMENT OF COMPLIANCE WITH CREDIT COUNSELING REQUIREMENT

Warning: You must be able to check truthfully one of the five statements regarding credit counseling listed below. If you cannot do so, you are not eligible to file a bankruptcy case, and the court can dismiss any case you do file. If that happens, you will lose whatever filing fee you paid, and your creditors will be able to resume collection activities against you. If your case is dismissed and you file another bankruptcy case later, you may be required to pay a second filing fee and you may have to take extra steps to stop creditors' collection activities.

*Every individual debtor must file this Exhibit D. If a joint petition is filed, each spouse must complete and file a separate Exhibit D. Check one of the five statements below and attach any documents as directed.*

☑ 1. Within the 180 days before the filing of my bankruptcy case, I received a briefing from a credit counseling agency approved by the United States trustee or bankruptcy administrator that outlined the opportunities for available credit counseling and assisted me in performing a related budget analysis, and I have a certificate from the agency describing the services provided to me. *Attach a copy of the certificate and a copy of any debt repayment plan developed through the agency.*

☐ 2. Within the 180 days before the filing of my bankruptcy case, I received a briefing from a credit counseling agency approved by the United States trustee or bankruptcy administrator that outlined the opportunities for available credit counseling and assisted me in performing a related budget analysis, but I do not have a certificate from the agency describing the services provided to me. *You must file a copy of a certificate from the agency describing the services provided to you and a copy of any debt repayment plan developed through the agency no later than 15 days after your bankruptcy case is filed.*

☐ 3. I certify that I requested credit counseling services from an approved agency but was unable to obtain the services during the five days from the time I made my request, and the following exigent circumstances merit a temporary waiver of the credit counseling requirement so I can file my bankruptcy case now. *[Must be accompanied by a motion for determination by the court.] [Summarize exigent circumstances here.]* _____

_____

If the court is satisfied with the reasons stated in your motion, it will send you an order approving your request. You must still obtain the credit counseling briefing within the first 30 days after you file your bankruptcy case and promptly file a certificate from the agency that provided the briefing, together with a copy of any debt management plan developed through the agency. Any extension of the 30-day deadline can be granted only for cause and is limited to a maximum of 15 days. A motion for extension must be filed within the 30-day period. Failure to fulfill these requirements may result in dismissal of your case. If the court is not satisfied with your reasons for filing your bankruptcy case without first receiving a credit counseling briefing, your case may be dismissed.

☐ 4. I am not required to receive a credit counseling briefing because of: *[Check the applicable statement.] [Must be accompanied by a motion for determination by the court.]*

  ☐ Incapacity. (Defined in 11 U.S.C. § 109(h)(4) as impaired by reason of mental illness or mental deficiency so as to be incapable of realizing and making rational decisions with respect to financial responsibilities.);

  ☐ Disability. (Defined in 11 U.S.C. § 109(h)(4) as physically impaired to the extent of being unable, after reasonable effort, to participate in a credit counseling briefing in person, by telephone, or through the Internet.);

  ☐ Active military duty in a military combat zone.

Official Form 1, Exh. D (10/06) – Cont.

☐ 5. The United States trustee or bankruptcy administrator has determined that the credit counseling requirement of 11 U.S.C. ' 109(h) does not apply in this district.

I certify under penalty of perjury that the information provided above is true and correct.

Signature of Debtor _____
Flora Fong Ng

Date: 8/26/08

Certificate Number: 00981-CAN-CC 004379025

# CERTIFICATE OF COUNSELING

I CERTIFY that on July 7, 2008 , at 2:18 o'clock PM CDT

Flora Ng received from

Credit Advisors Foundation

an agency approved pursuant to 11 U.S.C. § 111 to provide credit counseling in the

Northern District of California , an individual [or group] briefing that complied

with the provisions of 11 U.S.C. §§ 109(h) and 111.

A debt repayment plan was not prepared . If a debt repayment plan was prepared, a copy of

the debt repayment plan is attached to this certificate.

This counseling session was conducted by internet

Date: July 7, 2008           By    /s/Amanda Hunter

                             Name  Amanda Hunter

                             Title Bankruptcy Administrator

* Individuals who wish to file a bankruptcy case under title 11 of the United States Bankruptcy Code are required to file with the United States Bankruptcy Court a completed certificate of counseling from the nonprofit budget and credit counseling agency that provided the individual the counseling services and a copy of the debt repayment plan, if any, developed through the credit counseling agency. See 11 U.S.C. §§ 109(h) and 521(b).

(SPACE BELOW FOR FILING STAMP ONLY)

1 **DON J. POOL 166468**
**THE LAW FIRM OF POWELL & POOL**
2 7522 N. Colonial Avenue, Suite 100
Fresno, California 93711
3 Telephone: (559) 228-8034
Facsimile: (559) 228-6818
4

5 Attorneys for YOSEMITE MANAGEMENT GROUP, LLC

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

# SAN JOSE DIVISION

***

| | |
|---|---|
| YOSEMITE MANAGEMENT GROUP, LLC, a California limited liability company, | Case No. 5:08-cv-02032-JW |
| Plaintiff, | PROOF OF SERVICE |
| v. | |
| FLORA NG, an individual residing in California; NEIL ISON, an individual residing in California; and DOES 1 through 20, inclusive, | Honorable James Ware |
| Defendants. | |

20 /////
21 /////
22 /////
23 /////
24 /////
25 /////
26 /////
27 /////
28 /////

-1-
_____
Proof of Service

I declare that I am employed in the County of Fresno, California. I am over the age of 18 years and not a party to this action. My business address is 7522 North Colonial Avenue, Suite 100, Fresno, California 93711.

On **August 28, 2008**, I served the following on each interested party in said cause as indicated below:

**NOTICE OF BANKRUPTCY FILING BY FLORA FONG NG**

[]  **(By Facsimile)** I caused a copy of said pleading(s) to be sent via facsimile transmission to the interested parties at:

[]  **(By Overnight Mail)** By placing true copies thereof enclosed in sealed envelopes addressed as set forth below. I caused such envelope(s) with overnight delivery fees paid to be picked up by a California Overnight carrier at Fresno, California.

[X]  **(By Regular Mail)** By placing true copies thereof enclosed in sealed envelopes addressed as set forth below. I am readily familiar with the firm's practice of collection and processing correspondence for mailing. Under that practice, it would be deposited with the U.S. Postal Service on that same day with postage thereon fully prepaid at Fresno, California, in the ordinary course of business. I am aware that on motion of the party served, service is presumed invalid if postal cancellation date or postage meter date is more than one day after date of deposit for mailing in affidavit.

**Flora Ng**
Neil Ison, Esq.
21285 Saratoga Hills Road
Saratoga, CA 95070

[]  **STATE**: I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

[X]  **FEDERAL**: I declare that I am employed in the office of a member of the bar of this court at whose direction service was made.

Executed on **August 28, 2008**, at Fresno, California.

           / S /    Nannette A. Acevedo
Nannette A. Acevedo